**FILED**
January 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>            Plaintiff,                            )<br>v.                                                        )<br>                                                                )<br>JOHN DANIEL LEITAKER,            )<br>                                                                )<br>            Defendant.                        ) | Case No. 2:11-MJ-00388-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN DANIEL LEITAKER</u>, Case No. <u>2:11-MJ-00388-CKD</u>, Charge <u>Title 18 USC § 2113(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $<u> 40,000 (co-signed)                                         </u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)      <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 23, 2012</u> at <u>   2 : 32   </u> pm .

By   *Dale A. Drozd* (signature)
Dale A. Drozd
United States Magistrate Judge