MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN LEITAKER

FILED
FEB 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 11 mj 388 CKD |
| )            Plaintiff,       ) | **STIPULATION TO CONTINUE PRELIMINARY EXAMINATION; ORDER THEREON** |
| v.                           ) | |
| )                             ) | Judge: HONORABLE KENDALL J. NEWMAN |
| JOHN LEITAKER                 ) | |
| )             Defendant.      ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW MORRIS Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the preliminary examination be re calendared for March 9, 2010 at 2:00 p.m.

This continuance is requested as the parties are engaged in pre indictment negotiations to resolve the matter, pre indictment discovery has been provided to the defendant, government investigation is just concluding on the matter, and a better use of judicial and prosecutorial resources are served through not going forward with an

Stipulation

|   |   |
|---|---|
| 1 | indictment at present. |
| 2 | The defendant has specifically been advised by his counsel of his |
| 3 | rights under Fed.R. Crim. Pro 5.1 as follows: with the defendant's |
| 4 | consent and upon a showing of good cause—taking into account the public |
| 5 | interest in the prompt disposition of criminal cases—a magistrate judge |
| 6 | may extend the time limits in Rule 5.1(c) one or more times. His |
| 7 | counsel warrants that defendant understands these rights and agrees to |
| 8 | waive same, and makes this request of this court. |
| 9 | Accordingly, all counsel and defendant agree that the Court should |
| 10 | make a finding of good cause under Fed. R. Crim. Pro 5.1 and continue |
| 11 | this matter to March 9, 2012. |

DATED: February 24, 2012.          Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: February 24, 2012.          /s/MARK J. REICHEL for:
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Good cause appearing this matter is continued for preliminary examination on March 9, 2012.

DATED: February 24, 2010.

THE HONORABLE KENDALL J. NEWMAN
United States District Court Judge

Stip and Order                              2