1  MARK J. REICHEL, Bar #155034
   REICHEL & PLESSER L.L.P.
2  Attorneys At Law
   455 Capitol Mall, 3rd Floor, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-9258
4  Fax:       (916) 441-6553
   mark@reichellaw.com
5  www.reichelplesser.com

6  Attorney for Defendant
   JOHN DANIEL LEITAKER
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) Case No. 2:12-cr-00094-MCE
12           Plaintiff,         )
                                ) STIPULATION TO CONTINUE STATUS
13     v.                       ) CONFERENCE; ORDER THEREON
                                )
14 JOHN DANIEL LEITAKER         ) Date:    May 31, 2012
                                ) Time:    8:30 a.m.
15           Defendant.         ) Judge:   Hon. Morrison C.
   _____) England, Jr.
16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through

18 their respective counsel, MATTHEW G. MORRIS, Assistant United States

19 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

20 for defendant LEITAKER, that the status conference previously scheduled

21 for April 26, 2012 be continued to May 31, 2012.

22     This continuance is requested as defense counsel needs adequate

23 time to prepare relevant matters on the case, engage in negotiations

24 with the United States, and perform factual background development for

25 the case.

26 ///

27 ///

28 ///

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date of April 26, 2012 through May 30, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: May 2, 2012.           Respectfully submitted,

                              MARK J. REICHEL, ESQ.

                              *Mark J. Reichel*
                              MARK J. REICHEL
                              Attorney for defendant


                              BENJAMIN WAGNER
                              United States Attorney

DATED: May 2, 2012.           */s/MARK J. REICHEL* for:
                              MATTHEW G. MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


# O R D E R

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. § (H)(7)(B)(iv) and Local Code T4.

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

///

2