MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHN DANIEL LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) Case No. 2:12-cr-00094-MCE |
| Plaintiff, ) | ) |
| ) | ) STIPULATION TO CONTINUE STATUS |
| v. ) | ) CONFERENCE; ORDER THEREON |
| ) | ) |
| JOHN DANIEL LEITAKER ) | ) Date:    July 12, 2012 |
| ) | ) Time:    8:30 a.m. |
| Defendant. ) | ) Judge:   Hon. Morrison C. |
| _____ ) | )          England, Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant LEITAKER, that the status conference previously scheduled be continued to July 12, 2012.

This continuance is requested as defense counsel needs adequate time to prepare relevant matters on the case, engage in negotiations with the United States, and perform factual background development for the case.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date of May 31, 2012 through July 12, 2012

Stipulation and Order

should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: June 4, 2012.      Respectfully submitted,

                            MARK J. REICHEL, ESQ.

                            *Mark J. Reichel*
                            MARK J. REICHEL
                            Attorney for defendant

                            BENJAMIN WAGNER
                            United States Attorney

DATED: June 4, 2012.      */s/MARK J. REICHEL* for:
                            MATTHEW G. MORRIS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

## O R D E R

Pursuant to the parties' stipulation, the status conference in this matter is hereby continued from May 31, 2012 to July 12, 2012 at 9:00 a.m.  The Court hereby finds that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

    IT IS SO ORDERED.

Dated:  June 4, 2012

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE