BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-000094-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| JOHN D. LEITAKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties request that the status conference in this case be continued from July 12, 2012, to August 2, 2012.  They stipulate that the time between July 12, 2012 and August 2, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

///

1

Specifically, the attorney for the defendant has experienced an illness that will prevent him from considering certain terms of resolution, previously proposed by the government, and discuss those with the defendant.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney


DATE: July 10, 2012 /s/ Matthew G. Morris
                     MATTHEW G. MORRIS
                     Assistant U.S. Attorney


DATE: July 13, 2012 /s/ Mark Reichel (authorized 7/10/12)
                     MARK REICHEL
                     Attorney for Defendant

**ORDER**

Pursuant to the foregoing stipulation of counsel, **IT IS SO ORDERED**.  The status conference in this is continued from July 12, 2012, to August 2, 2012 at 9:00 a.m. in Courtroom No. 7.

Dated: July 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2