MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHN DANIEL LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00094-MCE |
| Plaintiff, | |
| v. | STIPULATION TO SET BRIEFING SCHEDULE; ORDER THEREON |
| JOHN DANIEL LEITAKER | Date:   September 13, 2012 |
| | Time:   8:30 a.m. |
| Defendant. | Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant LEITAKER, that the status conference previously scheduled for August 2, 2012 shall be vacated.

   The parties agree to set a briefing schedule for the filing of dispositive pre trial motions.

   Defense Filing: August 16, 2012

   Government Opposition: August 30, 2012

   Defense Replies: September 6, 2012

   Hearing on the Motions: September 13, 2012

///

At the hearing on the 13th, if the motions are denied, the hearing will be a trial setting date, and/or the setting of the date for a change of plea.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date of lodging of the stipulation through September 13, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 2, 2012.

Respectfully submitted,

MARK J. REICHEL, ESQ.

*Mark J. Reichel*
MARK J. REICHEL
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: August 2, 2012.          */s/MARK J. REICHEL* for:
                                 MATTHEW G. MORRIS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

///
///
///

///                                              2

**O R D E R**

In accordance with the foregoing stipulation, time is excluded in the interests of justice pursuant to 18 U.S.C. § (H)(7)(B)(iv) and Local Code T4, and the Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 2, 2012 status conference in this matter is accordingly vacated and the briefing schedule for filing dispositive pretrial motions is adopted as set forth above.  The hearing on those motions shall be September 13, 2012 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

///

3