JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>   v.<br><br>JOHN D. LEITAKER,<br><br>Defendant. | Case No. 2:12-CR-00094-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  January 31, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, that the status conference scheduled for January 31, 2013, may be continued to March 7, 2013, at 9:00 a.m.

    At a hearing on January 24, the Court relieved retained counsel and substituted the Office of the Federal Defender to represent Mr. Leitaker.  The Office found no conflict and hereby confirms that it will represent Mr. Leitaker, with the case assigned to Tim Zindel.  Trial and trial confirmation hearing dates have already been set (March 28 and April 29, 2013) but new counsel

1

1  seeks time to review discovery and other materials in order to
2  determine whether he will need additional time to prepare.  The
3  parties ask the Court to schedule a status conference for March 7,
4  2013, at 9:00 a.m.  Time under the Speedy Trial Act has been
5  ordered excluded through April 29, 2013, and the parties agree that
6  the existing exclusion order remains in effect.

7                                    Respectfully submitted,

8                                    BENJAMIN B. WAGNER
                                     United States Attorney
9
10 Dated:  January 29, 2013          */s/ T. Zindel for M. Morris*
                                     MATTHEW MORRIS
11                                   Assistant U.S. Attorney

12                                   JOSEPH SCHLESINGER
                                     Acting Federal Defender
13
14 Dated:  January 29, 2013          */s/ T. Zindel*
                                     TIMOTHY ZINDEL
15                                   Assistant Federal Defender
                                     Attorney for JOHN D. LEITAKER
16

17                                **ORDER**

18      Having read and considered the above stipulation, the Court
19 finds that a continuance is warranted to allow counsel time to
20 review discovery and determine whether he will need additional time
21 to prepare.  However, in light of the Trial Confirmation Hearing
22 scheduled to take place on March 29, 2013, the Court finds that a
23 status conference date of February 21, 2013, is more appropriate,
24 given the purposes of a Trial Confirmation Hearing.
25 ///
26 ///
27 ///
28 ///

                                    2

1  Accordingly, the status conference currently set for January
2 31, 2013, is continued to February 21, 2013, at 9:00 a.m.  Time
3 under the Speedy Trial Act remains excluded through April 29, 2013,
4 by previous order.
5  IT IS SO ORDERED.

7 Dated: February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE