JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN D. LEITAKER,<br><br>        Defendant. | No. 2:12-CR-00094 MCE<br><br>**STIPULATION AND ORDER TO RESCHEDULE TRIAL AND TRIAL CONFIRMATION HEARING AND EXCLUDE TIME**<br><br>Date:  February 21, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, as follows:

1.  The trial previously scheduled for April 29, 2013, may be continued to June 24, 2013, and the trial confirmation hearing of March 28, 2013, may be rescheduled for May 16, 2013, at 9:00 a.m.

2.  A status conference may be scheduled for April 11, 2013.

At a hearing on January 24, the Court relieved retained counsel and substituted the Office of the Federal Defender to represent Mr. Leitaker.  New counsel seeks additional time to review discovery, to investigate, and to prepare for trial.  The

1

1  government has advised new counsel    that it will propose a
2  resolution for the defense to consider with an expiration date of
3  and April 11, 2013.  The parties therefore ask the Court to
4  schedule a status conference for April 11, 2013, at 9:00 a.m.
5      Finally, in order to assure adequate time for preparation by
6  new counsel, the parties agree that the interests of justice to be
7  served by a continuance outweigh the best interests of the public
8  and the defendant in a speedy trial, so that time under the Speedy
9  Trial Act should be ordered excluded through the trial date of June
10 24, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  February 19, 2013           */s/ T. Zindel for M. Morris*
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

Dated:  February 19, 2013           */s/ T. Zindel*
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN D. LEITAKER

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

Trial is rescheduled for June 24, 2013, at 9:00 a.m.  Trial confirmation hearing is scheduled for May 16, 2013, at 9:00 a.m., and a status conference for April 11, 2013, at 9:00 a.m.

Based on the parties' stipulation, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE