JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0094 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS AS TO DEFENDANT** |
| JOHN D. LEITAKER, | |
| Defendant. | |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JOHN D. LEITAKER, through their respective attorneys, that the release conditions imposed on Mr. Leitaker on January 23, 2013, may be modified as set forth below.

Mr. Leitaker's pretrial services officer has advised both counsel that drug testing is no longer needed considering his performance on pretrial supervision. Accordingly, at the request of Pretrial Services, the parties agree that the drug testing

/ / /

1

condition (Number 8 of the conditions filed January 23, 2013) may be stricken.  All other conditions shall remain in force.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 26, 2013     */s/ T. Zindel for M. Morris*
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated: February 26, 2013     */s/ T. Zindel*
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOHN D. LEITAKER

## **O R D E R**

Condition number 8 of the release conditions previously imposed on Mr. Leitaker (requiring drug testing) is stricken.

IT IS SO ORDERED.

Dated: February 26, 2013     */s/ Carolyn K. Delaney*
                                        HON. CAROLYN K. DELANEY
                                        United States Magistrate Judge