JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00094-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS AS TO DEFENDANT** |
| JOHN D. LEITAKER, | |
| Defendant. | |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JOHN D. LEITAKER, through their respective attorneys, that the release conditions imposed on Mr. Leitaker on January 23, 2013, may be modified as set forth below.

Mr. Leitaker's pretrial services officer has advised both counsel that drug testing is no longer needed considering his performance on pretrial supervision. Accordingly, at the request of Pretrial Services, the parties agree that the drug testing

/ / /

1

condition (Number 8 of the conditions filed January 23, 2013) may be stricken.  All other conditions shall remain in force.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  February 26, 2013       /s/ T. Zindel for M. Morris
                                      MATTHEW MORRIS
                                      Assistant U.S. Attorney


                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender

Dated:  February 26, 2013       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JOHN D. LEITAKER

## **ORDER**

    Condition Number 8 of the release conditions previously imposed on Mr. Leitaker (requiring drug testing) is hereby stricken.

    IT IS SO ORDERED.

Dated: March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2