JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOHN D. LEITAKER



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN D. LEITAKER,<br><br>          Defendant. | No. 2:12-CR-0094 MCE<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Date:  April 11, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |


     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, that the status conference scheduled for April 11, 2013, may be vacated.

     Trial is set to commence in this case on June 24, 2013, with trial confirmation hearing scheduled for May 16, 2013.  Time has been excluded through the trial date by previous order of the Court.

/////

/////

/////

1

The parties had requested a status conference be set April 11 in the event of a resolution, but no resolution has been reached. Accordingly, the parties agree that the hearing scheduled for that day may be vacated. All other dates remain in effect, with the parties scheduled to appear for trial confirmation on May 16, 2013, at 9:00 a.m.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 9, 2013        */s/ T. Zindel for M. Morris*
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

Dated: April 9, 2013        */s/ T. Zindel*
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN D. LEITAKER

### O R D E R

The status conference scheduled April 11, 2013, at 9:00 a.m., is vacated. All other dates remain in effect.

IT IS SO ORDERED.

Date: April 09, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE