HEATHER E. WILLLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN D. LEITAKER, <br> Defendant. | No. 2:12-CR-0094 MCE <br><br> **STIPULATION AND ORDER RESCHEDULING MOTION HEARING** <br><br> Date: August 8, 2013 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, that the hearing on Mr. Leitaker's Motion for Judgment of Acquittal or for a New Trial may be continued from August 8, 2013, to September 5, 2013, at 9:00 a.m.

/////
/////
/////
/////
/////

1

1    Trial has taken place so there is no need for an exclusion of
2 time under the Speedy Trial Act.
3
4                              Respectfully submitted,
5                              BENJAMIN B. WAGNER
                               United States Attorney
6
7 Dated:  August 6, 2013       /s/ T. Zindel for M. Morris
                               MATTHEW MORRIS
8                              Assistant U.S. Attorney
9                              HEATHER E. WILLIAMS
                               Federal Defender
10
11 Dated:  August 6, 2013      /s/ T. Zindel
                               TIMOTHY ZINDEL
12                             Assistant Federal Defender
                               Attorney for JOHN D. LEITAKER
13
14
15                           **O R D E R**
16    Pursuant to the parties' stipulation, hearing on Defendant's
17 Motion for Judgment of Acquittal or for a New Trial (ECF No.81),
18 currently set for August 8, 2013, is rescheduled for **September 5,**
19 **2013, at 9:00 a.m.** in Courtroom 7.
20    IT IS SO ORDERED.
21 Date: August 07, 2013
22
23                          _____
24                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT
25
26
27
28

                                2